**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LEE SOBBA, Individually and Derivatively　　　　　　　　　　　　　　　　　　　PLAINTIFF
in the Name of and on Behalf of Sobel, Inc.,
Belso, Inc., and Elsob, Inc.

v.　　　　　　　　　　　　　　No. 4:06CV00941 JLH

SPENCER ELMEN; SODAKCO, LLC;
SUITE 107, LLC; and JACKIE, LLC　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

and

SOBEL, INC., BELSO, INC., and
ELSOB, INC.　　　　　　　　　　　　　　　　　　　　　　　　　　　　NOMINAL DEFENDANTS

**OPINION**

Lee Sobba has filed a motion for attorneys' fees incurred as a result of the defendants' failure to make full payment in the time required by the settlement agreement. Sobba seeks to recover $3,422 in attorneys' fees and costs incurred in enforcing the settlement agreement. Pursuant to Ark. Code Ann.§ 16-22-308, Sobba is entitled to recover attorneys' fees incurred in enforcing a breach of contract.

Sobba has submitted with his motion an affidavit by Benjamin D. Brenner, who was lead counsel in enforcing the settlement agreement, and two itemized billing statements sent by Williams & Anderson to Sobba. The defendants agree that the hourly rates are reasonable but "suggest that Plaintiff's belt should be tightened a notch or two."

In reviewing the billing statements, it appears to the Court that some of the time related to closing instructions and other similar matters time for which would have been incurred even if the defendants had consummated the settlement per the agreement. It appears that some $400 or perhaps a bit more in attorneys' fees shown on the statements filed with the motion represents time that

would have been incurred regardless of when the settlement closed. Therefore, the Court will reduce the attorneys' fees to $3,000 and enter a judgment in that amount.

Lee Sobba's motion for attorneys' fees is GRANTED. Document #99. A judgment in the amount of $3,000 will be entered separately.

IT IS SO ORDERED this 28th day of September, 2007.

  
_____  
J. LEON HOLMES  
UNITED STATES DISTRICT JUDGE